# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DONALD VAUGHN, et al.,

        Plaintiffs,

v.

FLOWSERVE CORPORATION, et al.,

        Defendants.

Civ. No. 05-2725 (GEB)

**ORDER**

      This matter comes before the Court upon defendants Flowserve Corporation and the Flowserve Corporation Retiree Medical Plan's (collectively "Defendants") objection to Magistrate Judge Bongiovanni's May 4, 2006 Report and Recommendation. The Court, having considered the parties' submissions and decided the matter without oral argument pursuant to Federal Rules of Civil Procedure Rule 78, and for the reasons discussed in the Memorandum Opinion accompanying this Order;

      IT IS THIS   31st   day of July 2006, hereby

      ORDERED that:  (1) Defendants' objection to Magistrate Judge Bongiovanni's May 4, 2006 Report and Recommendation [26] is overruled; (2) the Report and Recommendation [23] is adopted; and (3) Plaintiffs' motion to remit this case to arbitration and stay further discovery [13] is granted.

                                          s/ Garrett E. Brown, Jr.
                                          GARRETT E. BROWN, JR., U.S.D.J.